UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. KANG-HYOK CHOI, Crim. No. 12-285

### PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum     ( ) Ad Testificandum

1. KANG-HYOK CHOI. SBI # 000145192E (hereinafter the "Detainee") is now confined at the NEW JERSEY STATE PRISON

2. The Detainee is

   charged in this District by: (X) Indictment   ( ) Information   ( ) Complaint
   with a violation of 18 United States Code Section 922(g)(1)

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, Post Office Building Courthouse, Courtroom 5, before the Hon. Katharine Hayden, U.S. District Judge, on Wednesday, July 25, 2012, at 2:00 p.m., for an Plea and Sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 16, 2012

ANTHONY MOSCATO
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue,
DATED: 5/16/12

_____
Hon. Katharine Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the NEW JERSEY STATE PRISON

WE COMMAND YOU that you have the body of

KANG-HYOK CHOI, SBI #000145192E

now confined at the New Jersey State Prison, brought before the Hon. Katharine S. Hayden, U.S. District, at the United States District Court, in the Post Office Building Courthouse, Courtroom 5 at Newark, on Wednesday, July 25, at 2:00 p.m., in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge Newark, New Jersey

DATED: 5/16/12

WILLIAM T. WALSH
Clerk of the U.S. District Court for
the District of New Jersey

Per: _____
Deputy Clerk